**Order entered May 26, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00593-CV

## IN RE ALLEN "F" CALTON, Relator

**Original Proceeding from the 213th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 0843168D**

## ORDER
Before Justices Lang-Miers, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus and writ of prohibition. We **ORDER** that relator bear the costs of this original proceeding.

We **GRANT** relator's motion for leave to file the petition without certified or sworn copies of documents. We **DENY** as moot relator's motion to suspend the local rules of the Second District Court of Appeals.

/s/     DAVID J. SCHENCK
JUSTICE